1  Carney R. Shegerian, Esq., State Bar No. 150461
   CShegerian@Shegerianlaw.com
2  SHEGERIAN & ASSOCIATES, INC.
   225 Arizona Avenue, Suite 400
3  Santa Monica, California 90401
   Telephone Number: (310) 860-0770
4  Facsimile Number:  (310) 860-0771

5  Attorneys for Plaintiffs,
   TIGRAN TOPADZHIKYAN, JOHN BALIAN,
6  ROBERT PARSEGHIAN, BENNY SIMONZAD,
   and VAHAK MARDIKIAN

7

8  **UNITED STATES DISTRICT COURT**

9  **CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION**

10

11 | TIGRAN TOPADZHIKYAN, JOHN BALIAN, ROBERT PARSEGHIAN, BENNY SIMONZAD, and VAHAK MARDIKIAN, | ) Case No.: CV 10-0387 JST (SSx) |
   |---|---|
   | Plaintiffs, | ) **The Honorable Jesus G. Bernal** |
   | vs. | ) **NOTICE OF SETTLEMENT** |
   | CITY OF GLENDALE, RANDY ADAMS, MICHAEL J. ROCK, KIM LARDIE, MARK DISTASO, GARY MONTECUOLLO, and JAMES WOODY, | ) |
   | Defendants. | ) Date: December 23, 2014<br>Ctrm.: 1 |

-1-
NOTICE OF SETTLEMENT

TO THIS HONORABLE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that plaintiff, John Balian, and defendant, City of Glendale, have reached a settlement of all claims in this matter. A request for dismissal of this entire action is expected to be filed within 45 days of this notice of settlement, and all remaining dates should be taken off calendar.

Dated: December 23, 2014                SHEGERIAN & ASSOCIATES, INC.

By: *Carney R. Shegerian*
Carney R. Shegerian, Esq.

Attorneys for Plaintiffs,
TIGRAN TOPADZHIKYAN, JOHN BALIAN, ROBERT PARSEGHIAN, BENNY SIMONZAD, and VAHAK MARDIKIAN

<u>TOPADZHIKYAN, et al. v. GPD, et al.</u>     USDC Case No. CV 10-00387 JGB-SS

## PROOF OF SERVICE

### STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am an employee in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 225 Arizona Avenue, Suite 400, Santa Monica, California 90401.

On December 23, 2014, I served the foregoing document, described as "**NOTICE OF SETTLEMENT**" on all interested parties in this action by placing true copies thereof in sealed envelopes, addressed as follows:

**Dana McCune, Esq.**
**Hasmik Jasmine Badalian Collins**
**McCune & Harber**
515 South Figueroa Street Suite 1150
Los Angeles, CA 90071
213-689-2500

**Michael J. Garcia, Esq.**
**Ann M. Maurer, Esq.**
**GLENDALE CITY ATTORNEY'S OFFICE**
613 East Broadway, Suite 220
Glendale, California 91206
Fax: (818) 547-9402

☐ **(BY MAIL)** As follows:

☐ I placed such envelopes, with postage thereon prepaid, in the United States mail at Santa Monica, California.

☐ I am "readily familiar" with the firm's practice of collecting and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day, with postage thereon fully prepaid, at Santa Monica, California, in the ordinary course of business. I am aware that, on motion of the party served, service is presumed invalid if the postal cancellation or postage meter date is more than one day after the date of deposit for mailing in this affidavit.

☐ **(BY PERSONAL SERVICE)** I caused such envelopes to be delivered by hand to the attorney at the offices of the addressee.

☒ **(BY ELECTRONIC MAIL)** I sent such document via facsimile mail to the number(s) noted above.

☒ **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare, under penalty of perjury under the laws of the United States of America, that the above is true and correct.

Executed on December 23, 2014, at Santa Monica, California.

_____
Lidia Marquez