Carney R. Shegerian Esq., State Bar No. 150461
Cshegerian@shegerianlaw.com
SHEGERIAN & ASSOCIATES, INC.
225 Arizona Ave., suite 400
Santa Monica, CA 90401
Tel: (310) 860-0770
Fax: (310) 860-0771

Bradley C. Gage, Esq. S.B. No 117808
Bgage@goldbergandgage.com
Milad Sadr, Esq. S.B. No. 245080
**LAW OFFICES OF GOLDBERG & GAGE**
A Partnership of Professional Law Corporations
23002 Victory Boulevard
Woodland Hills, California 91367
Tel: (818) 340-9252
Fax: (818) 340-9088

Attorneys for Plaintiffs, TIGRAN TOPADZHIKYAN, JOHN BALIAN, ROBERT PARSEGHIAN, BENNY SIMONZAD and VAHAK MARDIKIAN,

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIGRAN TOPADZHIKYAN, JOHN BALIAN, ROBERT PARSEGHIAN, BENNY SIMONZAD and VAHAK MARDIKIAN,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF GLENDALE, et al.<br><br>Defendants.<br>_____ | CASE NO.: CV 10-00387-JGB (SSx)<br>[Assigned to District Court Judge Jesus G. Bernal, Court Room 1]<br><br>(Complaint filed January 20, 2010)<br><br>**NOTICE OF LIEN** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that the Law Offices of Goldberg & Gage claim a lien based on contractual agreement for fees and costs; and further claim a lien on quantum

Notice of Lien      Page 1

1  merut.  All settlement checks should include the offices of Goldberg & Gage on them.

3  Dated: January 4, 2015                         Respectfully Submitted
                                                  Law Offices of Goldberg & Gage

5                                                 By /s/Bradley C. Gage
                                                      Bradley C. Gage
6                                                 Attorneys for Plaintiff

11  O:\T\TOPADZHIKYAN\PLEADINGS\NOTICE OF LIEN.wpd