DANA J. McCUNE, ESQ. (SBN: 82525)
McCUNE & HARBER, LLP
515 S. Figueroa St., Suite 1150
Los Angeles, CA 90071
Telephone: (213) 689-2500/Facsimile: (213)689-2501
Email: dmccune@mccuneharber.com

MICHAEL J. GARCIA, CITY ATTORNEY
ANN M. MAURER, CHIEF ASSISTANT CITY ATTORNEY (SBN: 179649)
613 E. Broadway, Suite 220
Glendale, CA 91206
Telephone: (818) 548-2080/Facsimile: (818) 547-3402
Email: amaurer@glendaleca.gov

Attorneys for Defendant, CITY OF GLENDALE

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIGRAN TOPADZHIKYAN, JOHN BALIAN, ROBERT PARSEGHIAN, BENNY SIMONZAD and VAHAK MARDIKIAN,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF GLENDALE, RANDY ADAMS, RONALD DePOMPA, MICHAEL J. ROCK, KIM LARDIE, MARK DISTASO, GARY MONTECUOLLO and RONALD LONG,<br><br>Defendants. | Case No.: CV 10-00387 JGB-SS<br><br>[The Honorable Jesus G. Bernal]<br><br>**JUDGMENT AS TO PLAINTIFF, TIGRAN TOPADZHIKYAN** |

1
2
3   This action having been tried before the Court sitting with a jury, the Honorable Jesus G. Bernal, District Court Judge, presiding; the issues having been duly tried and the jury having duly rendered its verdict,

4
5
6
7   IT IS ORDERED AND ADJUDGED that plaintiff Tigran Topadzhikyan take nothing; that the action be dismissed on the merits and that defendant, City of Glendale recover from plaintiff Tigran Topadzhikyan the costs of action, taxed in the sum of _____.

8
9   DATED:   February 13, 2015

   _____
   The Honorable Jesus G. Bernal
   United States District Court Judge